369

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

No. 59043.—Orleans Bros. et al. *v.* United States, protests 966257–G, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

No. 59044.—Brenner Bros. et al. *v.* United States, protests 198427–K, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim° for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

No. 59045.—E. Fomil & Sons and Excel Shipping Corporation *v.* United States, protest 225661–K (A) (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

No. 59046.—Maurice Isben and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 245858–K, etc. (New York).